United States District Court
Southern District of Texas
**ENTERED**
April 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FRIENDS OF LYDIA ANN CHANNEL, | § § § | |
| *Plaintiff* | § § | |
| v. | § § | |
| U.S. ARMY CORPS OF ENGINEERS, et. al | § § § | CIVIL ACTION NO. 2:15-cv-514 |
| *Defendants* | § § | |
| v. | § § | |
| LYDIA ANN CHANNEL MOORINGS, LLC, | § § § | |
| *Intervenor Defendant-Applicant* | § § | |

## ORDER ON LYDIA ANN CHANNEL MOORINGS, LLC'S UNOPPOSED MOTION TO INTERVENE AND MEMORANDUM OF SUPPORT

On this day came to be heard Lydia Ann Channel Moorings, LLC's Unopposed Motion to Intervene and Memorandum of Support (the "Motion"). After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Lydia Ann Channel Moorings, LLC's Unopposed Motion to Intervene and Memorandum of Support is hereby granted.

SIGNED and ORDERED this 22nd day of April, 2016.

_____
Janis Graham Jack
Senior United States District Judge